[No. 462.  Decided February 29, 1892.]

J. W. HUNT, *Respondent*, v. THE SEATTLE CONSOLIDATED STREET RAILWAY COMPANY, *Appellant.*

*Appeal from Superior Court, King County.*

*Wiley, Hale & Scott,* for appellant.

*Ross & Dowd,* for respondent.

*Per Curiam*: The respondent moves to dismiss the appeal herein because the bond was not filed within five days after the notice of appeal was given, as required by § 1407, Code of Procedure. The notice of appeal was given November 5th, and the bond was filed November 11th, six days later. Appellant makes a showing to the effect that the failure to file within time was due to the omission of a clerk in his office, but the statute leaves us no discretion in the premises, and the motion must be granted. See *Cook v. Oregon Short Line, etc., Ry. Co.,* 27 Pac. Rep. 5.

Appeal dismissed.